United States District Court
Southern District of Texas
**ENTERED**
January 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-15-437 |
| § | |
| MIKE PIEDRA § | |

**O R D E R**

Counsel for defendant Piedra filed a motion to withdraw as counsel of record, (Docket Entry No. 33). The motion is granted. The magistrate judge will appoint new counsel for the defendant once the necessary financial documents are presented and it is determined that the defendant meets the required criteria for appointment.

SIGNED on January 7, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge