**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-437 |
| | § | |
| MIKE PIEDRA | § | |

# O R D E R

Defendant Mike Piedra filed an unopposed motion for continuance, (Docket Entry No.101). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 27, 2018 |
| Responses are to be filed by: | September 10, 2018 |
| Pretrial conference is reset to**:** | **September 17, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 24, 2018 at 9:00 a.m.** |

SIGNED on June 8, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge